Terrance Mack Carter
Reg. No. 47098-298
Federal Correctional Institution - Mendota
Post Office Box 9
Mendota, CA  93640



**FILED**

Mar 19 2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            s/ JenniferS            DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Terrance Mack Carter,<br><br>   Plaintiff,<br><br>  vs.<br><br>United States of America,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No:  **'20 CV0525 JAH AGS**<br>Federal Tort Claims<br>Act, 28 U.S.C. §§ 1346,<br>2671 (FTCA Action) |

Plaintiff Alleges:

### PARTIES

Plaintiff is a citizen of the United States of America and a resident of San Diego County, State of California. The United States is the only proper party defendant in an FTCA Action. FBOP is the Federal Bureau of Prisons existing under and by virtue of the laws of the United States of America.

FCI Mendota is a Federal Correctional Institution that functions under the control of the FBOP. Defendant [Officer Thissel] was, at all material times, a member of the Federal Correctional Institution, Mendota.

### JURISDICTION

This Action arises under the United States Constitution, particularly under the provision of the Eighth Amendment to the United States Constitution and under the Federal law, particularly

1

28 U.S.C. §§ 1346, 2671.

## CLAIMS FOR RELIEF

### Claim 1:   Battery

To state a claim for battery against Defendant [United States], Plaintiff's must allege that (1) a Federal Government employee intentionally applied harmful or offensive contact upon their person (2) without their consent, and (3) that such contact caused injury, damage, lost, or other harm to plaintiffs. See Teckle v. United States, 511 F.3d 839, 855 (9th Cir. 2007). Moreover, in a civil battery case involving law enforcement activity, such as here, a Plaintiff also must establish that the law enforcement officers' use of force was unreasonable.

The video recorded incident during the month of October, 2019, was recorded by Mendota Kitchen camera. On camera, officer Thissel [while making a racial comment] unreasonably chest bumped Plaintiff for the purpose of forceful intimidation. This offensive contact was done without Plaintiff having given any consent. Officer Thissel's action caused Plaintiff embarrassment amongst other inmates, and humiliation.

This slavery tactic accomplished by officer Thissel has caused Plaintiff major depression. An Administrative Tort Claim has been filed with the appropriate federal agency. [Please See Attachment A].

### PRAYER

### Plaintiff Seeks:

An award of $1,000,000 (One Million) of compensatory damages

2

to Plaintiff to compensate him for the following injuries, which are described as follows: Pain and Suffering; Major Depression; Humiliation; Embarrassment; and Racial Discrimination.

An award of punitive damages to Plaintiff of $1,000,000 (One Million Dollars) to punish each Defendant against whom these damages are awarded and sufficient to deter similar conduct in the future by these Defendants;

An Award to Plaintiff of all other relief that is just and proper.

Respectfully submitted,

Date: 3-15-20    , 2020

Terrance Mack Carter
Reg. No. 47098-298
Plaintiff - Pro Se

3



U.S. Department of Justice

Federal Bureau of Prisons

---

Western Regional Office
7338 Shoreline Drive
Stockton, California 95219

November 19, 2019

*Certified Mail:*

Terrance Carter
#47098-298
Federal Correctional Institution
PO BOX 9
Mendota, CA 95640

Re:    Tort Claim No. TRT-WXR-2020-01086 Received: November 13, 2019

Dear Mr. Carter:

This is in response to the administrative claim submitted or forwarded to the Western Regional Office under the provisions of the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671, et seq.   You seek $100,000.00 for alleged personal injury caused by staff at Federal Correctional Institution, Mendota, California.

Your claim is denied as it contains no allegation of injury to or loss of property, personal injury, or death caused by the negligent or wrongful act or omission of any employees of the agency while acting within the scope of his or her office or employment, for which the United States is liable.

If you continue to have concerns regarding your confinement you should contact your Unit Team ad utilize the Administrative Remedy Procedure.

Sincerely,

DENNIS M. WONG
WESTERN REGIONAL COUNSEL

DMW/sc

Terence C
Federal Correctional Institution
P.O. Box 9
Mendota CA, 93640

FRESNO CA 537
MON 16 MAR 2020

MAR 1 9 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED

47098-298
District Court
333 W Broadway
Ste.420
SAN Diego, CA 92101
United States

FEDERAL CORRECTIONAL INSTITUTION, MENDOTA
P.O. BOX 9
MENDOTA, CA    93640

DATE: 3/16/20

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.