Terrance Mack Carter
Reg.#:47098-298
Federal Correctional institution-Mendota
P.O. Box 9
Mendota, CA 93640

In The United States District Court
for the Southern District of California

| | |
|---|---|
| Terrance Mack Carter, <br> Plaintiff, <br><br> V. <br><br> United States of America, <br> Defendant. | No: 3:20-CV-00525-JAH-AGS <br><br> Motion: First Amended Complaint of <br> Federal Tort claim act, 28 U.S.C. 1346, <br> 2671 (FTCA Action) |

FILED
JUN 22 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

Plaintiff Alleges:

## PARTIES

Plaintiff is a citizen of the United States of America and a resident of San Diego County, State of California. The United States is the only proper party defendant in an FTCA action.

## JURISDICTION

This Action arises Under The FTCA Act, 28 U.S.C. 1346, 2671

## Claim for Relief

### Claim 1: Battery

The video recorded incident during the month of oct. 2019, was recorded by FCI Mendota Kitchen camera. On camera, officer Thissel, while making a racial slur, unreasonably chest bump plaintiff for the purpose of intimidation forcefully. This force caused Carter to pull something in his lower back, causing lower back pain. When plaintiff works out, pain resurfices, contributing to plaintiff loosing sleep the night of. Numerous cop-outs has been filed to see the docter for lower back pain + to see the psychologist for mental distress. Since Incident, plaintiff has been taking OTC medication when pain resurfices.

## Plaintiff Seeks:

An award of $1,000,000 (one million) of compensatory damages to plaintiff to Compensate the plaintiff for the following injuries describe; lower back pain, pain and suffering, Major depression, humiliation, embarrasment, and RACIAL DISCRIMINATION.
+ An Award to plaintiff of all other relief that is just and proper.

Dated: 6-8-20

Signed: Terrence Carter
Terrance Mack Carter
prose litigant

Certificate of Service

I, Terrence Mack Carter, Hereby certify that I have served a true and correct copy of the following: First Amended FTCA complaint, ~~and where~~ by placing a copy in a postage paid envelope address to:
Office of the clerk
333 West Broadway, suite 420
San Diego, CAlifornia 92101

And depositing Same in the United States mall at this said institution:
FCI Mendota
P.O. Box 9
Mendota, CA 93640

Dated: 6.8.20

Signed: Terene Carter

Terence Carter #47098-298
Federal Correctional Institution
P.O. Box 9
Mendota, CA, 93640

FRESNO CA 937
THU 18 JUN 2020

office of the Clerk
333 West Broadway, suite 420
San Diego CA, 92101

CLERK US DISTRICT COURT

JUN 2 2 2020

SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED

Legal Mail

FEDERAL CORRECTIONAL INSTITUTION, MENDOTA
P.O. BOX 9
MENDOTA, CA    93640

DATE: _6-17-20_____
The enclosed letter was processed through special mailing procedures
for forwarding to you. The letter has neither been opened nor
inspected. If the writer raises a question or problem over which
this facility has jurisdiction, you may wish to return the material
for further information or clarification. If the writer encloses
correspondence for forwarding to another addressee, please return
the enclosure to the above address.